UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN S. GARRETSON,<br><br>    Plaintiff,<br><br>v.<br><br>METROPOLITAN LIFE INSURANCE COMPANY,<br><br>    Defendant. | Case No. 17-cv-07052-JD<br><br>**JUDGMENT** |

The Court, having made its Findings of Fact and Conclusions of Law, Dkt. No. 56, enters judgment in favor of plaintiff Steven S. Garretson pursuant to Federal Rule of Civil Procedure 58, and orders as follows:

1. Defendant Metropolitan Life Insurance Company shall pay to Plaintiff $143,476.93 in past-due long-term disability benefits for the period of May 1, 2017 through December 31, 2019;

2. Defendant Metropolitan Life Insurance Company shall reinstate Plaintiff's long-term disability claim and payment of benefits thereunder as of April 29, 2017, the date said benefits were terminated by Metropolitan Life Insurance Company; and

3. If the parties are unable to resolve the matter, Plaintiff shall file his motion for recovery of attorneys' fees and prejudgment interest within 30 days of entry of this judgment.

**IT IS SO ORDERED.**

Dated: January 3, 2020

JAMES DONATO
United States District Judge